UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAIT ANVARBEKOVICH KURMANGALIYEV,

                    Plaintiff,

    v.

THE CITY OF NEW YORK,
THE NEW YORK CITY DEPARTMENT OF FINANCE,
THE OFFICE OF THE SHERIFF OF THE CITY OF NEW YORK,
QUEENS COUNTY SHERIFF'S DEPARTMENT,
\QUEENS COUNTY DEPUTY SHERIFF MARZAN,
JOHN DOE SHERIFF DEPUTY #1,
JOHN DOE SHERIFF DEPUTY #2,
JOHN DOE SHERIFF DEPUTY #3,
JOHN DOE SHERIFF DEPUTY #4,
JOHN DOE SHERIFF DEPUTY #5
                    Defendants
-----------------------------------------------------------------X

JUDGMENT

22-CV-5656 (LDH)

An Order of the Honorable Lashann DeArcy Hall, United States District Judge, having been filed on May 30, 2025, granting the defendants' motion to dismiss the Amended Complaint and dismissing the Plaintiff's Amended Complaint with prejudice; it is,

ORDERED and ADJUDGED that Defendants' motion to dismiss the Amended Complaint is GRANTED; Plaintiff's Amended Complaint is dismissed with prejudice, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore in forma pauperis status is denied for purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, New York
       June 2, 2025,

                                      Brenna B. Mahoney
                                      Clerk of Court

                           By:    */s/Ryan Richards*
                                   Deputy Clerk