Generated: Jun 2, 2025 3:01PM                                                                 Page 1/1

# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: Jun 2, 2025 3:01PM

Sait Kurmangaliyev

| Rcpt. No: 100021130 | | Trans. Date: Jun 2, 2025 3:01PM | | | Cashier ID: #RR (6978) |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | DNYE122CV005656<br>FBO: Sait Kurmangaliyev | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |
| | Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.